## Paystub 1

**005 TOWNE NURSING STAFF INC.**
1320 EAST 17TH STREET, BROOKLYN, NY 11230

| NAME | STATUS | # of DEP | SOCIAL SECURITY # | EMPL. # | CHECK # | PAY DATE |
|---|---|---|---|---|---|---|
| TERRI NORWOOD | S | 01 | ***-**-8791 | N278 | 317572 | 03/03/11 |

### STATEMENT OF EARNINGS

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| REGULAR | 34.25 | 359.63 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| FEDERAL TAX | 29.04 | | |
| FICA | 20.32 | | |
| NY STATE TA | 8.51 | | |
| CITY TAX | 5.67 | | |
| DISABILITY | .60 | | |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 2710.33 |
| FEDERAL TAX | 188.81 |
| FICA | 153.13 |
| STATE TAX | 54.36 |
| CITY TAX | 36.25 |
| DISABILITY | 5.40 |

| RATE | TOTAL PAY | PAY PERIOD | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 10.500 | 359.63 | 02/27 | 64.14 | 295.49 |

---

## Paystub 2

**005 TOWNE NURSING STAFF INC.**
1320 EAST 17TH STREET, BROOKLYN, NY 11230

402

| NAME | STATUS | # of DEP | SOCIAL SECURITY # | EMPL. # | CHECK # | PAY DATE |
|---|---|---|---|---|---|---|
| TERRI NORWOOD | S | 01 | ***-**-8791 | N278 | 316569 | 02/24/11 |

### STATEMENT OF EARNINGS

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| REGULAR | 14.00 | 147.00 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| FEDERAL TAX | 3.55 | | |
| FICA | 8.30 | | |
| CITY TAX | .60 | | |
| DISABILITY | .60 | | |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 2350.70 |
| FEDERAL TAX | 159.77 |
| FICA | 132.81 |
| STATE TAX | 45.85 |
| CITY TAX | 30.58 |
| DISABILITY | 4.80 |

| RATE | TOTAL PAY | PAY PERIOD | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 10.500 | 147.00 | 02/20/11 | 13.05 | 133.95 |

---

## Paystub 3

**005 TOWNE NURSING STAFF INC.**
1320 EAST 17TH STREET, BROOKLYN, NY 11230

| NAME | STATUS | # of DEP | SOCIAL SECURITY # | EMPL. # | CHECK # | PAY DATE |
|---|---|---|---|---|---|---|
| TERRI NORWOOD | S | 01 | ***-**-8791 | N278 | 315612 | 02/17/11 |

### STATEMENT OF EARNINGS

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| REGULAR | 30.00 | 315.00 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| FEDERAL TAX | 22.35 | | |
| FICA | 17.80 | | |
| NY STATE TA | 6.50 | | |
| CITY TAX | 4.29 | | |
| DISABILITY | .60 | | |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 2203.70 |
| FEDERAL TAX | 156.22 |
| FICA | 124.51 |
| STATE TAX | 45.85 |
| CITY TAX | 29.98 |
| DISABILITY | 4.20 |

| RATE | TOTAL PAY | PAY PERIOD | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 10.500 | 315.00 | 02/13/11 | 51.54 | 263.46 |

## 005 TOWNE NURSING STAFF INC.
1320 EAST 17TH STREET, BROOKLYN, NY 11230

386

| NAME | STATUS | # of DEP | SOCIAL SECURITY # | EMPL. # | CHECK # | PAY DATE |
|---|---|---|---|---|---|---|
| TERRI NORWOOD | S | 01 | ***-**-8791 | N278 | 314631 | 02/10/11 |

| STATEMENT OF EARNINGS ||| TAXES AND DEDUCTIONS |||| YEAR TO DATE ||
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 27.00 | 283.50 | FEDERAL TAX | 17.62 | | | GROSS | 1888.70 |
| | | | FICA | 16.02 | | | FEDERAL TAX | 133.87 |
| | | | NY STATE TAX | 5.21 | | | FICA | 106.71 |
| | | | CITY TAX | 3.31 | | | STATE TAX | 39.35 |
| | | | DISABILITY | .60 | | | CITY TAX | 26.69 |
| | | | | | | | DISABILITY | 3.60 |

| RATE | TOTAL PAY | PAY PERIOD | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 10.500 | 283.50 | 02/06/11 | 42.76 | 240.74 |

---

## 005 TOWNE NURSING STAFF INC.
1320 EAST 17TH STREET, BROOKLYN, NY 11230

390

| NAME | STATUS | # of DEP | SOCIAL SECURITY # | EMPL. # | CHECK # | PAY DATE |
|---|---|---|---|---|---|---|
| TERRI NORWOOD | S | 01 | ***-**-8791 | N278 | 313683 | 02/03/11 |

| STATEMENT OF EARNINGS ||| TAXES AND DEDUCTIONS |||| YEAR TO DATE ||
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 27.25 | 286.13 | FEDERAL TAX | 18.02 | | | GROSS | 1605.20 |
| | | | FICA | 16.16 | | | FEDERAL TAX | 116.25 |
| | | | NY STATE TAX | 5.31 | | | FICA | 90.69 |
| | | | CITY TAX | 3.39 | | | STATE TAX | 34.14 |
| | | | DISABILITY | .60 | | | CITY TAX | 22.38 |
| | | | | | | | DISABILITY | 3.00 |

| RATE | TOTAL PAY | PAY PERIOD | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 10.500 | 286.13 | 01/30/11 | 43.48 | 242.65 |

---

## 005 TOWNE NURSING STAFF INC.
1320 EAST 17TH STREET, BROOKLYN, NY 11230

387

| NAME | STATUS | # of DEP | SOCIAL SECURITY # | EMPL. # | CHECK # | PAY DATE |
|---|---|---|---|---|---|---|
| TERRI NORWOOD | S | 01 | ***-**-8791 | N278 | 312732 | 01/27/11 |

| STATEMENT OF EARNINGS ||| TAXES AND DEDUCTIONS |||| YEAR TO DATE ||
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 33.75 | 354.38 | FEDERAL TAX | 28.25 | | | GROSS | 1319.07 |
| | | | FICA | 20.03 | | | FEDERAL TAX | 98.23 |
| | | | NY STATE TAX | 8.28 | | | FICA | 74.53 |
| | | | CITY TAX | 5.51 | | | STATE TAX | 28.83 |
| | | | DISABILITY | .60 | | | CITY TAX | 18.99 |
| | | | | | | | DISABILITY | 2.40 |

| RATE | TOTAL PAY | PAY PERIOD | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 10.500 | 354.38 | 01/23/11 | 62.67 | 291.71 |

## 005 TOWNE NURSING STAFF INC.
1320 EAST 17TH STREET, BROOKLYN, NY 11230

383

| NAME | STATUS | # of DEP | SOCIAL SECURITY # | EMPL. # | CHECK # | PAY DATE |
|---|---|---|---|---|---|---|
| TERRI NORWOOD | S | 01 | ***-**-8791 | N278 | 311784 | 01/20/11 |

| STATEMENT OF EARNINGS ||| TAXES AND DEDUCTIONS |||| YEAR TO DATE ||
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 26.50 | 278.25 | FEDERAL TAX | 16.83 | | | GROSS | 964.69 |
| | | | FICA | 15.72 | | | FEDERAL TAX | 69.98 |
| | | | NY STATE TA | 5.00 | | | FICA | 54.60 |
| | | | CITY TAX | 3.16 | | | STATE TAX | 20.65 |
| | | | DISABILITY | .60 | | | CITY TAX | 13.48 |
| | | | | | | | DISABILITY | 1.80 |

| RATE | TOTAL PAY | PAY PERIOD | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 10.500 | 278.25 | 01/16/11 | 41.31 | 236.94 |

---

## 005 TOWNE NURSING STAFF INC.
1320 EAST 17TH STREET, BROOKLYN, NY 11230

379

| NAME | STATUS | # of DEP | SOCIAL SECURITY # | EMPL. # | CHECK # | PAY DATE |
|---|---|---|---|---|---|---|
| TERRI NORWOOD | S | 01 | ***-**-8791 | N278 | 310832 | 01/13/11 |

| STATEMENT OF EARNINGS ||| TAXES AND DEDUCTIONS |||| YEAR TO DATE ||
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 34.50 | 362.25 | FEDERAL TAX | 29.43 | | | GROSS | 686.44 |
| | | | FICA | 20.46 | | | FEDERAL TAX | 53.15 |
| | | | NY STATE TA | 8.63 | | | FICA | 38.78 |
| | | | CITY TAX | 5.75 | | | STATE TAX | 15.65 |
| | | | DISABILITY | .60 | | | CITY TAX | 10.32 |
| | | | | | | | DISABILITY | 1.20 |

| RATE | TOTAL PAY | PAY PERIOD | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 10.500 | 362.25 | 01/09/11 | 64.87 | 297.38 |